UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAUL YOUNG ROSS, # 54895-179, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:09-CV-0460-G |
| RICK THALER, Director, Texas | ) | |
| Department of Criminal Justice, | ) | **ECF** |
| Correctional Institutions Division, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge William F. Sanderson, Jr., made findings,

conclusions and a recommendation in this case.  No objections were filed.  The

district court reviewed the proposed findings, conclusions and recommendation for

plain error.  Finding none, the court accepts the findings, conclusions and

recommendation of the United States Magistrate Judge.

**SO ORDERED**.

November 30, 2009.

_____
**A. JOE FISH**
**Senior United States District Judge**